1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mary Josephine Shea (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA  94612
Tel:  510-208-4422
Fax: 415-520-9407
Email: mary@shealaw.com

Attorneys for Plaintiff, KRISTEN LAZZARA

CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
RAMON A. MIYAR (SBN 284990)
ramon.miyar@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
RANDA ACCESSORIES LEATHER GOODS,
LLC; MARKET CONNECT GROUP, INC.
*Additional counsel listed on following page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN LAZZARA,<br><br>          Plaintiff,<br><br>     v.<br><br>RANDA ACCESSORIES LEATHER GOODS, LLC, a Delaware Limited Liability Company; MARKET CONNECT GROUP, INC., a Delaware Corporation; and Does 1 through 20, inclusive,<br><br>          Defendant. | Case No. 3:15-cv-03233-EMC<br><br>**JOINT STIPULATION TO CONTINUE JANUARY 28, 2016 CASE MANAGEMENT CONFERENCE AND QTF GT**<br><br><br>Current Date:  January 28, 2016<br>Time:  9:30 a.m.<br>Courtroom:  5 |

1    KATE S. GOLD (SBN 156117)
     kate.gold@dbr.com
2    PHILIPPE A. LEBEL (SBN 274032)
     philippe.lebel@dbr.com
3    DRINKER BIDDLE & REATH LLP
     1800 Century Park East
4    Suite 1500
     Los Angeles, CA  90067-1517
5    Telephone:     (310) 203-4000
     Facsimile:     (310) 229-1285
6
7    Counsel for Defendants
     RANDA ACCESSORIES LEATHER GOODS,
8    LLC; MARKET CONNECT GROUP, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Kristen Lazzara ("Plaintiff"), on the one hand, and Defendants Randa

2  Accessories Leather Goods, LLC and Market Connect Group, Inc. (collectively, "Defendants"),

3  on the other hand,[1] hereby agree as follows:

4    WHEREAS, the Court set a case management conference in the above-captioned matter

5  for January 28, 2016 at 9:30 a.m. in Courtroom 5;

6    WHEREAS, lead counsel for Defendants is unable to attend in person on January 28,

7  2016; and

8    WHEREAS, the clerk of the Court informed counsel for Defendants that the Court would

9  be amenable to a continuance of the case management conference so that lead counsel for

10  Defendants could appear in person.

11    Accordingly, the Parties stipulate and agree as follows:

12    1.    The case management conference presently set for January 28, 2016 shall be

13  continued to February 3, 2016 at 9:30 a.m. in Courtroom 5; and

14    2.    Lead counsel for each of the Parties shall appear in person at the February 3, 2016

15  case management conference.

16    IT IS SO STIPULATED.

17  Dated: January 27, 2016                    SHEA LAW OFFICES

18                                             By: */s/ Mary Josephine Shea*
19                                                 Mary Josephine Shea

20                                             Attorneys for Plaintiff
                                               KRISTEN LAZZARA
21

22  Dated: January 27, 2016                    DRINKER BIDDLE & REATH LLP

23                                             By: */s/ Cheryl D. Orr*
24                                                 Cheryl D. Orr

25                                             Attorneys for Defendants
                                               RANDA ACCESSORIES LEATHER
26                                             GOODS, LLC; MARKET CONNECT
                                               GROUP, INC.

27

28  _____
    [1] Collectively, Plaintiff and Defendants are referred to herein as the "Parties."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

Upon consideration of Plaintiff Kristen Lazzara's and Defendants Randa Accessories Leather Goods, LLC and Market Connect Group, Inc. Joint Stipulation to Continue January 28, 2016 Case Management Conference, and for good cause shown, the Court hereby ORDERS as follows:

1.      The case management conference presently set for January 28, 2016 shall be continued to February 3, 2016 at 9:30 a.m. in Courtroom 5; and

2.      Lead counsel for each of the Parties shall appear in person at the February 3, 2016 case management conference.

**IT IS SO ORDERED**.

DATED:  January  27th, 2016

_____

Hon. Edward M. Chen

1

**SIGNATURE CERTIFICATION**

2          I am the ECF User whose identification and password are being used to file the foregoing

3   JOINT STIPULATION TO CONTINUE JANUARY 28, 2016 CASE MANAGEMENT

4   CONFERENCE AND [PROPOSED] ORDER.  Pursuant to Civil Local Rule 5.1 of the Northern

5   District of California, I hereby attest that the content of this document is acceptable to Mary

6   Josephine Shea, counsel to Plaintiff , and that I have obtained Ms. Shea's permission to affix her

7   electronic signature to this document.

8

9   Dated:     January 27, 2016          DRINKER BIDDLE & REATH LLP

10

11                                 By: */s/ Cheryl D. Orr*

12                                     Cheryl D. Orr
                                     Kate S. Gold

13                                     Philippe A. Lebel
                                     Ramon A. Miyar

14                                     Attorneys for Defendants
                                     RANDA ACCESSORIES LEATHER

15                                   GOODS, LLC; MARKET CONNECT
                                   GROUP, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28