Mary Josephine Shea (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
Email: mary@shealaw.com

Attorneys for Plaintiff, KRISTEN LAZZARA

CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
RAMON A. MIYAR (SBN 284990)
ramon.miyar@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendants
RANDA ACCESSORIES LEATHER GOODS, LLC; MARKET CONNECT GROUP, INC.
Additional counsel listed on following page.

**GRANTED**
*Judge Edward M. Chen*

Date: 5/18/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN LAZZARA,<br><br>          Plaintiff,<br><br>    v.<br><br>RANDA ACCESSORIES LEATHER GOODS, LLC, a Delaware Limited Liability Company; MARKET CONNECT GROUP, INC., a Delaware Corporation; and Does 1 through 20, inclusive,<br><br>          Defendants. | Case No. 3:15-cv-03233-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |


1  KATE S. GOLD (SBN 156117)
   kate.gold@dbr.com
2  PHILIPPE A. LEBEL (SBN 274032)
   philippe.lebel@dbr.com
3  DRINKER BIDDLE & REATH LLP
   1800 Century Park East
4  Suite 1500
   Los Angeles, CA  90067-1517
5  Telephone:    (310) 203-4000
   Facsimile:    (310) 229-1285
6
   Counsel for Defendants
7  RANDA ACCESSORIES LEATHER GOODS,
   LLC; MARKET CONNECT GROUP, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Kristen Lazzara and Defendants Randa Accessories Leather Goods LLC ("Randa Accessories") and Market Connect Group, Inc. ("MCG") hereby stipulate that this action and all claims Plaintiff has asserted against Defendants in this action are hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

Dated: May 6, 2016

SHEA LAW OFFICES

By: *[signature]*
Mary Josephine Shea

Attorneys for Plaintiff
KRISTEN LAZZARA

Dated: May 6, 2016

DRINKER BIDDLE & REATH LLP

By: *[signature]*
Cheryl D. Orr

Attorneys for Defendants
RANDA ACCESSORIES LEATHER GOODS, LLC; MARKET CONNECT GROUP, INC.

**SIGNATURE CERTIFICATION**

I am the ECF User whose identification and password are being used to file the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE**. Pursuant to Civil Local Rule 5.1 of the Northern District of California, I hereby attest that the content of this document is acceptable to Mary Josephine Shea, counsel to Plaintiff , and that I have obtained Ms. Shea's permission to file this document using her signature.

Dated: May 17, 2016

DRINKER BIDDLE & REATH LLP

By: */s/ Cheryl D. Orr*
   Cheryl D. Orr
   Kate S. Gold
   Philippe A. Lebel
   Ramon A. Miyar

   Attorneys for Defendants
   RANDA ACCESSORIES LEATHER GOODS, LLC; MARKET CONNECT GROUP, INC.